DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICIO TARANTO,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-414

[November 10, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Melanie Surber, Judge; L.T. Case Nos. 50-2017-CC-010365-XXXX-MB and 50-2020-AP-000062-CAXX-MB.

Steven E. Gurian of Marin, Eljaiek, Lopez & Martinez, P.L., Coconut Grove, for appellant.

Kathryn L. Ender of Lewis Brisbois Bisgaard & Smith LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***